**FULL NAME** Karnell Sean Lawson Jr.

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION** California State Prison - Los Angeles County facility D Building 5 Bed 226L P.O. Box 4670 Lancaster, CA 93539

**PRISON NUMBER (if applicable)** BN5294

FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lawson

PLAINTIFF,

v.

Yanes

DEFENDANT(S).

**CASE NUMBER** 2:23-CV-01289-SVW-MAA

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? **2**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

A failure to protect lawsuit was filed and dismissed without prejudice. I attempted to refile it but the clerk mistakenly made it seem as if I were making a new claim, but I was filing the same thing. I gave up because I needed help with the lawsuit, and I didn't know what to do at the time. I'm confused whether it is one or two because I wrote the same manner lawsuit for An update but the court filed it again with a new case #.

Karnell Sean Lawson Jr
California State Prison
Los Angeles County Facility
D Building 5 Bed 226 L
4670 Lancaster, Ca 93539

BN5294

United States District Court
Central District of CALIFORNIA

Civil Rights Complaint
Pursuant to

Previous lawsuits

If it is possible can you help me obtain those case numbers so I can put the right amount of lawsuits on this form. I'm answering these forms with all honesty, I cant afford to have it thrown out. I lost alot of paperwork since being in prison due to issues in here so I dont have any of the information thats being asked on hand right now. Thank you. But if i'm not mistaken there was 2 lawsuits but of the same matter. Thank you

Sincerely, [signature]

a. Parties to this previous lawsuit:
Plaintiff Karnell Sean Lawson

Defendants Mens central Jail, christopher, John Doe

b. Court United States district court

c. Docket or case number N/A
d. Name of judge to whom case was assigned N/A
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Dismissed without prejudice
f. Issues raised: _____

g. Approximate date of filing lawsuit: 2021
h. Approximate date of disposition 2021

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☒ No

   If your answer is no, explain why not This is against my attorney, I've took the matter to the state bar they said that wasn't enough proof to pursue

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Karnell Lawson
(print plaintiff's name)
who presently resides at California State Prison-LAC facility D Building 5 Bed 226L PO BOX 4670 Lancaster, Ca 93539
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Los Angeles, Ca
(institution/city where violation occurred)

on (date or dates) __Attorney Misconduct__, __Malpractice__, __unconscionable fee__.
                              (Claim I)          (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Robin Jacob Yanes__ resides or works at
   (full name of first defendant)
   __13101 W. Washington Blvd Suite 214 Los Angeles Ca 90066__
   (full address of first defendant)
   __Criminal Defense Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Fraud / Malpractice / unconscionable fee / attorney misconduct__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

1) Attorney misconduct, ~~and unreasonable fee~~
2) Unconscionable fee
3) Malpractice
4) fraud

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendant Robin Jacob Yanes violated my right by doing such, I hired Robin Jacob Yanes to be my criminal defense attorney in 2017 for a residential burglary. It was $7,500 and non refundable. I legally retained him and now had him as my attorney. During the time of him being my attorney I was brought up on new charges in Los Angeles County on or about 2/22/18 Robin Yanes agreed to represent me because he was already retained by me. So our agreement was to pay 5,000 more dollars but this wasn't a non refundable contract. He told me to give him 1,500 dollars upfront and make payment plans of or about $500 every month. I was then charged with another crime in the same courtroom since it was an indictment the Judge merged the cases together and made Robin Yanes my state appointed attorney by the courts since he was so deep into the case already. Although he was paid in full he continued billing my family as if he were not compensated by the courts. I have paperwork proving he was hired as state bar and I made The State Bar aware of what happened and they responded to me via mail that what Mr. Yanes did was illegal but had to be proven first.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) I should be given my 5,000 dollars back with interest plus
2) 30,000 dollars for Pain and suffering
3) This matter be brought to the State Bars Attention so Robin Jacob Yanes can be disbarred.

2/6/23
*(Date)*

*(Signature of Plaintiff)*



CONFIDENTIAL LEGAL - CALIFORNIA STATE PRISON, LOS ANGELES COUNTY

STAFF NAME: Ronalde
BADGE NUMBER: 47477
DATE SIGNED: 2-1-22
STAFF SIGNATURE: [signature]